IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DARRIUS MACK,                    )
                                 )
     Plaintiff,                  )
                                 )        CIVIL ACTION NO.
     v.                          )          2:23cv494-MHT
                                 )              (WO)
JOHNNY HARDWICK – Judge,         )
et al.,                          )
                                 )
     Defendants.                 )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit attacking his sentence as unconstitutional and seeking dismissal of the charges against him, damages, a release from prison. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be

overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 18th day of December, 2023.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE